UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

*Eastern District of Kentucky*
**FILED**
OCT 2 3 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. 6:25-CR-85-REW

CHARLES RICE

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about August 3, 2024, in Owsley County, in the Eastern District of Kentucky, and elsewhere,

**CHARLES RICE**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about December 15, 2024, in Owsley County, in the Eastern District of Kentucky, and elsewhere,

**CHARLES RICE**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 18 U.S.C. § 924(c)(1)(A)

On or about December 15, 2024, in Owsley County, in the Eastern District of Kentucky,

**CHARLES RICE**

did knowingly possess multiple firearms in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 2, that is, possession with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, all in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

In committing the felony offenses charged in Counts 2 and 4 of this Indictment, the United States seeks forfeiture of the firearms and ammunition listed below pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

In committing the felony offenses charged in Counts 1 and 2 of this Indictment, punishable by imprisonment for more than one year, the Defendant, **CHARLES RICE**, used and intended to use the below-described property to commit and facilitate the said controlled substance violations, and the below described property constitutes and is derived from proceeds obtained directly or indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 846 and 841(a)(1), including, but not limited to, the following:

**FIREARMS AND AMMUNITION:**

1. a Savage Arms, unknown model, .22 caliber rifle, serial number 4426786;

2. a Hi-Point, model 995, 9mm caliber rifle, serial number F87976;

3. a TriStar Arms, unknown model, .410 caliber shotgun, serial number 19PB3744;

4. a Radical Firearms, model RF-15, 5.56 NATO/.223 caliber rifle, serial number 21-081071;

5. a Mossberg, model 715T, .22 caliber rifle, no visible serial number;

6. a Walther, unknown model, .22 caliber pistol, serial number 8A10E3964;

7. a Springfield, model XD9, 9mm caliber pistol, serial number S3731504;

8. a Ruger, model Charger, .22 caliber pistol, serial number 493-38698;

9. a Hi-Point, model 995, 9mm caliber pistol, serial number F79S43;

10. a Savage Arms, model 93R17, .17 caliber rifle, serial number 2839588;

11. a Savage Arms, model B.Mag, .17 caliber rifle, serial number J58567; and

12. numerous rounds of various caliber ammunition and accessories.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest the Defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461.

A TRUE BILL

_____
FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release.

### COUNT 2:

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

### COUNT 3:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.